ROBERT TARLOW & SON, A CORPORATION OF THE STATE
OF PENNSYLVANIA, PLAINTIFF-APPELLEE, v. HENRY
BETCHEN, INDIVIDUALLY, AND HENRY BETCHEN,
TRADING AS VENTNOR DELICATESSEN, JOINTLY,
SEVERALLY AND IN THE ALTERNATIVE, DEFEND-
ANT-APPELLANT.

Submitted January 29, 1932—Decided April 8, 1932.

Before Justices CAMPBELL, LLOYD and BODINE.

For the plaintiff-respondent, *Seymour Cantor.*

For the defendant-appellant, *Bolte & Tripician.*

PER CURIAM.

This is an appeal from a summary judgment of the Atlantic
City District Court and an order striking as sham the de-
fenses pleaded in an action upon a promissory note dated
November 7th, 1930, made by the defendant to the order of
the plaintiff.

The defenses were as follows: (1) An agreement that the
note should be paid in merchandise; (2) a discharge in
bankruptcy; (3) failure of consideration. These defenses
were regarded by the District Court as good on their face,
since they were struck as sham. *National Surety Co.* v. *Mul-
ligan,* 105 *N. J. L.* 336. This was a proper view of the law.
*Chaddock* v. *Vanness,* 35 *Id.* 517; *McCormack* v. *Williams,*
88 *Id.* 170; *Cockrell* v. *McKenna,* 104 *Id.* 592; *Gaddis* v.
*Gaddis, No.* 411 *January term,* 1932.

Our examination of the affidavits on the motion to strike,
which are here challenged for insufficiency, leads us to the

conclusion that they were not sufficient to support the action of the trial court, and that there were disputed questions of fact which could only be settled after a trial. *Levine* v. *Aetna Casualty and Surety Co.,* 107 *N. J. L.* 381; 153 *Atl. Rep.* 395.

The judgment below is reversed.